SETH L. HANSON (SBN 217027)
SHANSON@HUNT-JEPPSON.COM
**HUNT & JEPPSON**
2200B DOUGLAS BLVD., SUITE 150
ROSEVILLE, CA 95661
TEL: (916) 780-7008
FAX: (916) 780-7118

Attorneys for Plaintiffs
Liberato Cabalo and
Wilthelma Cabalo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
—oOo—

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SERVICE CORPORATION; LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C08-05667 MMC<br><br>JUDGE: Maxine M. Chesney<br><br>STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE; CONTINUING CASE MANAGEMENT CONFERENCE<br>CASE FILED: NOVEMBER 17, 2008<br><br>[DEMAND FOR JURY TRIAL] |

## STIPULATION

By and through undersigned counsel, the parties to this case, Plaintiffs Liberato Cabalo and Wilthelma Cabalo and Defendants EMC Mortgage Corporation, LaSalle Bank National Association, as Trustee for the Certificateholders of Bear Stearns Asset Backed Securities I LLC, and Mortgage Electronic Registration Systems, Inc. hereby stipulate to the entry of the proposed order below staying all proceedings in this case for 60 days. The parties submit this

- 1 -

stipulation and proposed order because they are engaged in settlement negotiations which have the potential to modify the loan sought to be rescinded by the present action and such loan modification could result in a complete dismissal of this case. The temporary stay would allow the parties and the court to conserve resources during these negotiations.

SO STIPULATED.

Dated: March 12, 2009

HUNT & JEPPSON

_____
SETH L. HANSON
Attorneys for Plaintiffs Liberato Cabalo and Wilthelma Cabalo

Dated: March 12, 2009

ADORNO YOSS ALVARADO & SMITH

_____
S. CHRISTOPHER YOO
Attorneys for Defendants

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation, HEREBY ORDERS THAT:

1. All proceedings in this matter are stayed for 60 days from the date of this Order; The Initial Case Management Conference is continued to June 12, 2009. The
2. ~~The deadlines and dates set by the Court's December 18, 2008 Order are vacated,~~ other deadlines in the Court's December 18, 2008 Order are continued ~~including the March 27, 2009 deadline to file Rule 26(f) Report and the April 3, 2009~~ accordingly. ~~initial case management conference; and~~

3. The parties shall file a report to the Court no later than May 15, 2009 informing the Court whether the parties have settled this matter.

Dated: March 16, 2009                   By: _____
                                              Maxine M. Chesney
                                              Judge, United States District Court

- 2 -

STIPULATION AND [PROPOSED] ORDER