SETH L. HANSON (SBN 217027)
SHANSON@HUNT-JEPPSON.COM
**HUNT & JEPPSON**
2200B DOUGLAS BLVD., SUITE 150
ROSEVILLE, CA 95661
TEL: (916) 780-7008
FAX: (916) 780-7118

Attorneys for Plaintiffs
Liberato Cabalo and
Wilthelma Cabalo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SERVICE CORPORATION; LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, <br><br> Defendants. | **CASE NO.:** C08-05667 MMC <br><br> **JUDGE:** Maxine M. Chesney <br><br> **SUBSTITUTION OF ATTORNEY AND** ~~[PROPOSED]~~ **ORDER** <br><br> **CASE FILED:** NOVEMBER 17, 2008 |

Plaintiffs Liberato Cabalo and Wilthelma Cabalo hereby substitute Brian C. Johnson, in the place and stead of Seth L. Hanson in the above-captioned matter. By their signatures below, Brian C. Johnson and Plaintiffs consent to and request that the Court approve this substitution. As indicated in the attached proof of service, Defendants have been provided written notice of this substitution of attorney and [proposed] order in accordance with Local Rule 11-5.

- 1 -

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

1  Dated: April 14, 2009                    HUNT & JEPPSON

3                                           SETH L. HANSON
                                            Attorneys for Plaintiffs Liberato Cabalo and
4                                           Wilthelma Cabalo

5     I consent to the foregoing substitution of attorney.

6  Dated: April 15, 2009

                                            BRIAN S. JOHNSON, ATTORNEY AT LAW

9     I consent to the foregoing substitution of attorney.

10 Dated: April 25, 2009

                                            LIBERATO CABALO

13    I consent to the foregoing substitution of attorney.

14 Dated: April 25, 2009

                                            WILTHELMA CABALO

18                      [PROPOSED] ORDER

19    The Court, having considered Plaintiffs' request for substitution of attorney, HEREBY
20 ORDERS THAT the substitution of attorney is approved.

21 Dated: May 1, 2009                       By: 
                                            Maxine M. Chesney
                                            Judge, United States District Court

-2-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER