BRIAN C. JOHNSON (SBN 235965)
THE LAW OFFICE OF BRIAN C. JOHNSON
2135 SACRAMENTO ST., NO. 502
SAN FRANCISCO, CA 94109
(415) 971-8421

Attorneys for Plaintiff
Liberato Cabalo and
Wilthelma Cabalo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SERVICE CORPORATION; BANK OF AMERICA, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C08-05667 MMC<br><br>JUDGE: MAXINE M. CHESNEY<br><br>STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>CASE FILED: NOVEMBER 17, 2008<br><br>[DEMAND FOR JURY TRIAL] |

## STIPULATION

By and through undersigned counsel, the parties to this case, Plaintiffs Liberato Cabalo and Wilthelma Cabalo and Defendants EMC Mortgage Corporation, LaSalle Bank National Association, as Trustee for the Certificateholders of Bear Stearns Asset Backed Securities LLC, and Mortgage Electronic Registration Systems, Inc. hereby stipulate to the entry of the proposed order below staying all proceedings in this case for 60 days.

//

- 1 -

STIPULATION AND [PROPOSED] ORDER

The parties submit this stipulation and proposed order because they are engaged in settlement negotiations which have the potential to modify the loan sought to be rescinded by the present action. Such loan modification may result in a complete dismissal of this case. The temporary stay would allow the parties and the Court to conserve resources during these negotiations.

SO STIPUTLATED.

Dated: June 6, 2009

THE LAW OFFICE OF BRIAN C. JOHNSON

_____
Brian C. Johnson
Attorneys for Plaintiffs Liberato Cabalo and Wilthelma Cabalo

Dated: June 8, 2009

ADORNO YOSS ALVARADO & SMITH

_____
S. Christopher Yoo
Attorneys for Defendants

[~~PROPOSED~~] ORDER

The Court, having considered the parties' stipulation, HEREBY ORDERS THAT:

1. All proceedings in this matter are stayed for 60 days from the date of this Order;
2. The Initial Case Management Conference is continued to August 21, 2009, and all corresponding deadlines are continued accordingly. ~~The deadlines and dates set by the Court's March 16, 2009 Order are hereby continued, including the May 15, 2009 report of counsel, now overdue, as a result of plaintiffs' termination of prior counsel and substitution of the above-signed counsel.~~
3. The parties shall file a report to the Court no later than __August 10__, 2009 informing the Court whether the parties have settled the matter.

Dated: June 9, 2009

By: _____
Maxine M. Chesney
Judge, United States District Court

-2-

STIPULATION AND [PROPOSED] ORDER