IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, et al., | No. C-08-5667 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EMC MORTGAGE CORPORATION, et al., | |
| Defendants. | |

The Court is in receipt of plaintiffs' and defendants' status reports, each filed August 10, 2009, in which said parties request that the August 21, 2009 Case Management Conference be continued for 30 days to allow plaintiffs to provide additional financial information to defendant EMC Mortgage Corporation ("EMC"), and to allow EMC to complete evaluation of plaintiffs' loan modification application in light of such information.

Good cause appearing, the Case Management Conference is hereby CONTINUED to October 2, 2009. A Joint Case Management Statement shall be filed no later than September 25, 2009.

**IT IS SO ORDERED.**

Dated: August 13, 2009

_____
MAXINE M. CHESNEY
United States District Judge