IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO and WILTHELMA CABALO,<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, et al.,<br><br>Defendants<br>_____/ | No. C-08-5667 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT EMC MORTGAGE CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY** |

Before the Court is the "Status Report of Parties re: Settlement," as well as EMC Mortgage Corporation's ("EMC") "Motion for Leave to Appear Telephonically at Case Management Conference," each filed September 25, 2009.

The Status Report includes a request to continue the scheduled Case Management Conference for thirty (30) days to allow EMC time to respond to plaintiffs' request for loan modification. Accordingly, for good cause shown, the October 2, 2009 Case Management Conference is hereby CONTINUED to November 6, 2009. A joint case management statement shall be filed no later than October 30, 2009.

In light of the continuance, EMC's motion to appear telephonically at the October 2 conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 30, 2009

MAXINE M. CHESNEY
United States District Judge