```
 1  JOHN M. SORICH (CA Bar No. 125223)
    jsorich@adorno.com
 2  S. CHRISTOPHER YOO (CA Bar No. 169442)
    cyoo@adorno.com
 3  TUYET T. TRAN (CA Bar No. 245699)
    ttran@adorno.com
 4  ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
 5  1 MacArthur Place, Suite 200
    Santa Ana, California 92707
 6  Tel: (714) 852-6800
    Fax: (714) 852-6899
 7
    Attorneys for Defendants
 8  EMC MORTGAGE CORPORATION;
    MORTGAGE ELECTRONIC
 9  REGISTRATION SYSTEMS, INC.;
    and LASALLE BANK NATIONAL
10  ASSOCIATION, AS TRUSTEE FOR
    CERTIFICATEHOLDERS OF BEAR
11  STEARNS ASSET BACKED SECURITIES I LLC, ASSET
    BACKED-CERTIFICATES, SERIES 2006-HE6,
12  erroneously sued as BANK OF AMERICA,
    N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS
13  OF BEAR STEARNS ASSET BACKED
    SECURITIES I LLC
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SEVICE CORPORATION; BANK OF AMERICA, N.A. AS TRUSTEE FOR THE CERTICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: C08-05667 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br><br>**NOTICE OF MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br>Date:    November 6, 2009<br>Time:   10:30 a.m.<br>Ctrm:   7 (19th Floor)<br><br>**ACTION FILED:**    November 17, 2008 |

///

1
NOTICE OF MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CMC

1094768.1

**TO THE ABOVE-NAMED COURT AND TO PARTIES AND ATTORNEYS OF RECORD:**

COMES NOW, defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE6, erroneously sued as Bank of America, N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, ("LaSalle Bank" and collectively "Defendants"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management Conference before the Honorable Maxine M. Chesney, currently set for November 7, 2009 at 10:30 a.m. via telephone, as follows:

1. It would be unduly burdensome and costly for Defendants' counsel to travel from Santa Ana, California to San Francisco, California for the Case Management Conference.

2. The telephonic appearance of Defendants' counsel will not prejudice any party and will not hamper the efficient running of the Motion.

3. Therefore, Defendants respectfully request leave to allow its counsel to appear at the Motion via telephone.

DATED: October 26, 2009

Further, it is hereby ORDERED that <u>all</u> counsel shall appear by telephone at the November 6, 2009 Case Management Conference.

Dated: November 2, 2009



ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
   JOHN M. SORICH
   S. CHRISTOPHER YOO
   TUYET T. TRAN
   Attorneys for Defendants
   EMC MORTGAGE CORPORATION; MORTGAGE REGISTRATION SYSTEMS, INC.; and LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE6, erroneously sued as BANK OF AMERICA, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC