1   JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com

2   S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com

3   TUYET T. TRAN (CA Bar No. 245699)
ttran@adorno.com

4   ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

5   1 MacArthur Place, Suite 200
Santa Ana, California 92707

6   Tel:  (714) 852-6800
Fax: (714) 852-6899

7

8   Attorneys for Defendants
EMC MORTGAGE CORPORATION;
MORTGAGE ELECTRONIC

9   REGISTRATION SYSTEMS, INC.;
and LASALLE BANK NATIONAL

10  ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR

11  STEARNS ASSET BACKED SECURITIES I LLC, ASSET
BACKED-CERTIFICATES, SERIES 2006-HE6,

12  erroneously sued as BANK OF AMERICA,
N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS

13  OF BEAR STEARNS ASSET BACKED
SECURITIES I LLC

14

15             **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17

18  LIBERATO CABALO, an individual; and
WILTHELMA CABALO, an individual,

19         Plaintiffs,

20  v.

21  EMC MORTGAGE CORPORATION; QUICK
LOAN FUNDING, INC.; QUALITY LOAN

22  SEVICE CORPORATION; BANK OF
AMERICA, N.A. AS TRUSTEE FOR THE

23  CERTICATEHOLDERS OF BEAR STEARNS
ASSET BACKED SECURITIES I LLC;

24  MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; DOE INDIVIDUALS 1

25  through 10; and ROE CORPORATIONS AND
ORGANIZATIONS 1 through 10, inclusive,

26

27         Defendants.

28  ///

**CASE NO.:** C08-05667 MMC

**JUDGE:** Hon. Maxine M. Chesney

**NOTICE OF MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

Date:     November 6, 2009
Time:     10:30 a.m.
Ctrm:    7 (19th Floor)

**ACTION FILED:**    November 17, 2008

*(left margin vertical text)* ADORNO YOSS ALVARADO & SMITH / ATTORNEYS AT LAW / SANTA ANA

**TO THE ABOVE-NAMED COURT AND TO PARTIES AND ATTORNEYS OF RECORD:**

COMES NOW, defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE6, erroneously sued as Bank of America, N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, ("LaSalle Bank" and collectively "Defendants"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management Conference before the Honorable Maxine M. Chesney, currently set for November 7, 2009 at 10:30 a.m. via telephone, as follows:

    1.     It would be unduly burdensome and costly for Defendants' counsel to travel from Santa Ana, California to San Francisco, California for the Case Management Conference.

    2.     The telephonic appearance of Defendants' counsel will not prejudice any party and will not hamper the efficient running of the Motion.

    3.     Therefore, Defendants respectfully request leave to allow its counsel to appear at the Motion via telephone.

DATED:  October 26, 2009

Further, it is hereby ORDERED that all counsel shall appear by telephone at the November 6, 2009 Case Management Conference.

Dated:  November 2, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By:  /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
TUYET T. TRAN
Attorneys for Defendants
EMC MORTGAGE CORPORATION;MORTGAGE REGISTRATION SYSTEMS, INC.; and LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE6, erroneously sued as BANK OF AMERICA, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC



IT IS SO ORDERED
Maxine M. Chesney
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

2
NOTICE OF MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CMC

1094768.1