IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERATO CABALO, et al.,

    Plaintiffs,

    v.

EMC MORTGAGE CORPORATION, et al.,

    Defendants.

No. C-08-5667 MMC

**ORDER RE: STATUS REPORT; DENYING FIFTH REQUEST FOR CONTINUANCE**

    Before the Court is the parties' Status Report, filed October 30, 2009, by which plaintiffs and defendants jointly seek a continuance of the Case Management Conference currently scheduled for November 6, 2009.

    The above-referenced request is the parties' fifth such request for a continuance. In each instance, the stated reason therefor is defendant's consideration of a possible modification of the terms of plaintiffs' loan.

    Given the number of continuances previously requested and the absence in the current request of any further explanation or elaboration as to the potential for resolution on the basis of a modification, the request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: November 2, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge