JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
TUYET T. TRAN (CA Bar No. 245699)
ttran@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
and LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED
SECURITIES I LLC, ASSET
BACKED-CERTIFICATES, SERIES 2006-HE6,
erroneously sued as BANK OF AMERICA,
N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS
OF BEAR STEARNS ASSET BACKED
SECURITIES I LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SEVICE CORPORATION; BANK OF AMERICA, N.A. AS TRUSTEE FOR THE CERTICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: C08-05667 MMC <br><br> JUDGE: Maxine M. Chesney <br><br> [PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE <br><br> DATE: February 5, 2010 <br> TIME: 10:30 a.m. <br> CRTRM: "7", 19th Floor <br><br> ACTION FILED: November 17, 2008 |

///

1112439.1

1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss ("Motion") filed by defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE6, erroneously sued as Bank of America, N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, ("LaSalle Bank" and collectively "Defendants"), seeks leave of Court for its counsel to attend the Case Management Conference ("CMC") in good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED, that ~~Defendants may~~ all parties shall appear telephonically at the CMC currently set to be heard on February 5, 2010 at 10:30 a.m. in Courtroom 7, before the Honorable District Judge Maxine M. Chesney, of the above-entitled Court, by and through ~~its counsel, S.~~ their respective counsel. ~~Christopher Yoo, (714) 852-686~~8.

DATED: February 4, 2010      By: /s/ Maxine M. Chesney
                              Judge of the United States District Court