1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  TUYET T. TRAN (CA Bar No. 245699)
   ttran@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  EMC MORTGAGE CORPORATION;
   MORTGAGE ELECTRONIC
9  REGISTRATION SYSTEMS, INC.;
   and LASALLE BANK NATIONAL
10 ASSOCIATION, AS TRUSTEE FOR
   CERTIFICATEHOLDERS OF BEAR
11 STEARNS ASSET BACKED
   SECURITIES I LLC, ASSET
12 BACKED-CERTIFICATES, SERIES 2006-HE6,
   erroneously sued as BANK OF AMERICA,
13 N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS
   OF BEAR STEARNS ASSET BACKED
14 SECURITIES I LLC

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual, | CASE NO.: C08-05667 MMC |
| 19         Plaintiffs, | JUDGE:   Maxine M. Chesney |
| 20  v. | [PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE |
| 21  EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN | |
| 22  SEVICE CORPORATION; BANK OF AMERICA, N.A. AS TRUSTEE FOR THE | DATE:   February 5, 2010  TIME:   10:30 a.m.  CRTRM:  "7", 19th Floor |
| 23  CERTICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; | |
| 24  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 | ACTION FILED:   November 17, 2008 |
| 25  through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, | |
| 26         Defendants. | |

27

28 ///

                                    1
           [PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE
1112439.1

1   The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss
2   ("Motion") filed by defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic
3   Registration Systems, Inc. ("MERS"), and LaSalle Bank National Association, as Trustee for
4   Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series
5   2006-HE6, erroneously sued as Bank of America, N.A., as Trustee for Certificateholders of Bear
6   Stearns Asset Backed Securities I LLC, ("LaSalle Bank" and collectively "Defendants"), seeks leave
7   of Court for its counsel to attend the Case Management Conference ("CMC") in good cause
8   appearing therefore, hereby orders as follows:
9   IT IS HEREBY ORDERED, that ~~Defendants may~~ *all parties shall* appear telephonically at the CMC
10  currently set to be heard on February 5, 2010 at 10:30 a.m. in Courtroom 7, before the Honorable
11  District Judge Maxine M. Chesney, of the above-entitled Court, by and through ~~its counsel, S.~~ *their respective counsel.*
12  ~~Christopher Yoo, (714) 852-6868~~.

DATED: February 4, 2010         By: *[signature: Maxine M. Chesney]*
                                    Judge of the United States District Court