IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERATO CABALO and WILTHELMA CABALO,

    Plaintiffs,

  v.

EMC MORTGAGE CORPORATION, et al.,

    Defendants

No. C-08-5667 MMC

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT; VACATING CASE MANAGEMENT CONFERENCE DATE**

    All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, and a preference having been stated for Magistrate Judge Maria-Elena James, IT IS HEREBY ORDERED that the case is referred to Magistrate Judge Maria-Elena James for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

    IT IS FURTHER ORDERED that the Case Management Conference previously scheduled to be conducted on March 5, 2010 before the undersigned is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 3, 2010

MAXINE M. CHESNEY
United States District Judge