UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBERATO CABALO, et al.,<br>　　　　　　　Plaintiff(s),<br>　v.<br>EMC MORTGAGE, et al.,<br>　　　　　　　Defendant(s).<br>_____/ | No. C 08-05667 MEJ<br><br>**NOTICE OF REASSIGNMENT**<br><br>**ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |

　　　This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

　　　Upon review of the parties' most recent joint statement, (Dkt. #42), it appears that the parties may be attempting to resolve this matter by way of a loan modification. Accordingly, the Court shall not schedule any case management deadlines at this time; instead, the parties shall file a joint status statement by March 25, 2010.

　　　**IT IS SO ORDERED.**

Dated: March 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge