UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBERATO CABALO, et al., | No. C 08-5667 MEJ |
| Plaintiff(s), | |
| v. | **ORDER RE: REQUEST TO WITHDRAW AS ATTORNEY OF RECORD** |
| EMC MORTGAGE, et al., | |
| Defendant(s). | **SECOND ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |
| _____/ | |

The Court is in receipt of Plaintiffs' counsel's request to withdraw as counsel of record, filed April 4, 2010. (Dkt. #51.) However, on March 8, 2010, the Court ordered the parties to file a joint status report by March 25, 2010. (Dkt. #50.) The Court shall not permit any withdrawal of counsel prior to receipt of the joint status report. Accordingly, the Court hereby ORDERS the parties to file the joint status report by April 14, 2010. Failure to comply with this Order may result in the imposition of sanctions, including sanctions against Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: April 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge