BRIAN C. JOHNSON (SBN 235965)
**LAW OFFICE OF BRIAN C. JOHNSON**
2135 SACRAMENTO STREET, NO. 502
SAN FRANCISCO, CA 94109
TEL. (415) 971-8421
Fax (415) 324-8261

Attorneys for Plaintiffs
Liberato and Wilthelma Cabalo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SERVICE CORPORATION; BANK OF AMERICA, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO. C08-05667 MEJ <br><br> WITHDRAWAL OF ATTORNEY; REQUEST TO PROCEED IN PRO PER AND [PROPOSED] ORDER <br><br> MAGISTRATE JUDGE: MARIA-ELENA JAMES <br><br> CASE FILED: NOVEMBER 17, 2008 <br><br> Trial Date: TBD |

PLAINTIFFS WILTHELMA CABALO and LIBERATO CABALO hereby state their intent to proceed in pro per in the place and stead of Brian C. Johnson, who will withdraw as plaintiffs' counsel in the above-captioned matter due to changes in employment and legal practice. By their signatures below, Brian C. Johnson and the Plaintiffs consent to and request that the court approve Mr. Johnson's withdrawal and Plaintiffs' request to proceed pro per. As indicated in the attached proof of service, Defendants have been provided written notice of this Withdrawal of Attorney and Request to Proceed in Pro Per and [Proposed] order pursuant to local rule 11-5.

SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS IN PRO PER AND [PROPOSED ORDER]     PAGE 1

Dated: March 28th, 2010

LAW OFFICE OF BRIAN C. JOHNSON

By: Brian C. Johnson
Attorneys for Plaintiffs
Liberato Cabalo and Wilthelma Cabalo

I consent to the foregoing withdrawal of attorney and intend to proceed in pro per.

Dated: March 30, 2010

WILTHELMA CABALO

I consent to the foregoing withdrawal of attorney and intend to proceed in pro per.

Dated: July 30, 2010

LIBERATO CABALO

I consent to the foregoing withdrawal of attorney.

Dated: March 31st, 2010

BRIAN C. JOHNSON

## [PROPOSED] ORDER

The Court, having considered the foregoing Withdrawal of Attorney and Request to Proceed in Pro Per, HEREBY ORDERS THAT, Mr. Johnson's withdrawal is acknowledged and Plaintiffs' request to proceed in pro per is GRANTED. All filings shall be manually served on Plaintiffs.

Dated: April 22, 2010

Honorable Maria-Elena James
Magistrate Judge United States District Court