

1  WILTHELMA CABALO, IN PRO PER
2  LIBERATO CABALO, IN PRO PER
   5240 SADDLE MOUNTAIN WAY
3  ANTIOCH, CA 94531
   (925) 755-2309
4

5

6  FILING IN PRO PER
7  WILTHELMA CABALO AND LIBERATO CABALO

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | LIBERATO CABALO, an individual;        )
   | WILTHELMA CABALO, an individual,      ) Case No.: C08-05667 MEJ
12 |                                        )
13 |         Plaintiffs,                   )
   |                                        ) **WITHDRAWAL OF IN PRO PER
14 |     v.                                 ) STATUS; CONSENT TO SUBSTITUTION
   |                                        ) OF ATTORNEY AND [PROPOSED
15 | EMC MORTGAGE CORPORATION;              ) ORDER].**
   | QUICK LOAN FUNDING INC.; QUALITY      )
16 | LOAN SERVICE CORPORATION; BANK        ) MAGISTRATE JUDGE: MARIA-ELENA
   | OF AMERICAN, N.A., AS TRUSTEE FOR     ) JAMES
17 | CERTIFICATEHOLDERS OF BEAR            )
   | STEARNS ASSET BACKED SECURITIES       ) CASE FILED: NOVEMBER 17, 2008
18 | LLC; MORTGAGE ELECTRONIC              )
   | SYSTEMS, INC.; DOE INDIVIDUALS 1      ) TRIAL DATE: TBD
19 | through 10; and ROE CORPORATIONS AND  )
20 | ORGANIZATIONS, 1 through 10, inclusive)
   |         Defendants.                    )
21

22
            PLAINTIFFS WILTHELMA CABALO and LIBERATO CABALO hereby state
23
   their intent to withdraw their in pro per status and substitute in counsel Christopher M.
24
   Salaysay. By their signatures below, Christopher M. Salaysay and the Plaintiffs consent
25
   to and request that the court approve Plaintiffs withdrawal of in pro per status and
26
   approve Mr. Salaysay as their new attorney in this matter. As indicated in the attached
27
   proof of service, Defendants have been provided written notice of this Withdrawal of In
28

WITHDRAWAL OF IN PRO PER STATUS; CONSENT TO SUBSTITUTION OF ATTORNEY AND [PROPOSED ORDER].
                                        1

1  Pro Per Status, Consent to Substitution of Attorney, and [Proposed] order pursuant to
2  local rule 11-5.
3  I consent to the above substitution.
4  Dated: April 24, 2010                    Signature: _____
5                                                      WILTHELMA CABALO
6  I consent to the above substitution.
7
8  Dated: April 24, 2010                    Signature: _____
9                                                      LIBERATO CABALO
10
11  I consent to the above substitution
12
13  Dated: April 26, 2010                   Signature: _____
                                                       Christopher Salaysay, Esq.
14                                                     Law Offices of Christopher Salaysay

15                          [PROPOSED] ORDER
16      The Court, having considered the foregoing Withdrawal of Plaintiffs In
17  Pro Per Status, and Consent to Substitution of Attorney, HEREBY ORDERS THAT,
18  Plaintiffs withdrawal of in pro per status is acknowledged, and Plaintiffs' request for Mr.
19  Salaysay to substitute in as attorney is granted.  All e-filing requirements remain in
20  effect, and the Court's previous order to manually serve Plaintiffs shall be disregarded.
21  Dated: April 27, 2010
22
23                                          _____
                                            Honorable Maria-Elena James
24                                          Magistrate Judge, United States District Court
25
26
27
28

WITHDRAWAL OF IN PRO PER STATUS; CONSENT TO SUBSTITUTION OF ATTORNEY AND [PROPOSED ORDER].
2