CHRISTOPHER M. SALAYSAY, ESQ. [SBN 264317]
Law Offices of Christopher Salaysay
4382 Bolina Drive
Union City, CA 94587
(415) 203-7235 Phone
(415) 762-5215 Fax

Attorney for Plaintiffs
WILTHELMA CABALO AND LIBERATO CABALO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, an individual;<br>WILTHELMA CABALO, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>EMC MORTGAGE CORPORATION;<br>QUICK LOAN FUNDING INC.; QUALITY<br>LOAN SERVICE CORPORATION; BANK<br>OF AMERICAN, N.A., AS TRUSTEE FOR<br>CERTIFICATEHOLDERS OF BEAR<br>STEARNS ASSET BACKED SECURITIES<br>LLC;  MORTGAGE ELECTRONIC<br>SYSTEMS, INC.; DOE INDIVIDUALS 1<br>through 10; and ROE CORPORATIONS AND<br>ORGANIZATIONS, 1 through 10, inclusive<br>        Defendants. | Case No.: C08-05667 MEJ<br><br>**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL DISCLOSURES AND [PROPOSED] ORDER.**<br><br>MAGISTRATE JUDGE: MARIA-ELENA JAMES<br><br>CASE FILED: NOVEMBER 17, 2008<br><br>TRIAL DATE: TBD |

    WHEREAS, Christopher Salaysay, Esq. is now counsel for PLAINTIFFS WILTHELMA CABALO and LIBERATO CABALO, in pro per as of April 27, 2010 in this matter;

    WHEREAS, PLAINTIFFS' initial disclosures are due on May 1, 2010;

    WHEREAS, attorneys have met and conferred for a separate date;

IT IS HEREBY STIPULATED THAT INITIAL DISCLOSURES SHALL BE SERVED BY JUNE 15, 2010.

Dated: April 29, 2010              Law Offices of Christopher Salaysay

                                   Signature: __/s/ Christopher Salaysay_____
                                          Christopher Salaysay, Esq
                                          Attorney for Plaintiffs
                                          Wilthelma and Liberato Cabalo

Dated: April 29, 2010              Adorno, Yoss, Alvarado, & Smith, A Professional Corporation

                                   Signature: __/s/ S. Christopher Yoo_____
                                          S. Christopher Yoo
                                          Attorneys for Defendants
                                          EMC MORTGAGE CORPORATION;
                                          MORTGAGE ELECTRONIC
                                          REGISTRATIONS SYSTEMS, INC.; and
                                          LA SALLE BANK NATIONAL
                                          ASSOCIATION, AS TRUSTEE FOR
                                          CERTIFICATEHOLDERS OF BEAR
                                          STEARNS ASSET BACKED
                                          SECURITIES I LLC, ASSET BACKED-
                                          CERTIFICATES, SERIES 2006- HE6,
                                          erroneously sued as BANK OF
                                          AMERICA, N.A., AS TRUSTEE FOR
                                          CERTIFICATEHOLDERS OF BEAR
                                          STEARNS ASSET BACKED
                                          SECURITIES, I LLC.

**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL DISCLOSURES AND [PROPOSED] ORDER.**

[~~PROPOSED~~] ORDER

The foregoing stipulation is approved and so ordered.

Dated: __May 4_____, 2010

_____
Honorable Maria-Elena James
Magistrate Judge, United States District Court