UNITED STATES DISTRICT COURT

Northern District of California

LIBERATO CABALO and WILTHELMA CABALO,

               Plaintiffs,

  v.

EMC MORTGAGE, et al.,

               Defendants.
_____/

No. C 08-5667 MEJ

**ORDER RE: WITHDRAWAL OF ATTORNEY**

      The Court is in receipt of Plaintiff's Withdrawal of Attorney and Request to Proceed In Pro Per. (Dkt. #62.) As this is the second time Plaintiffs have retained counsel and then requested that their counsel be permitted to withdraw, and the parties were unable to settle in a recent mediation, the Court is concerned that withdrawal may lengthen this case further and prejudice the defendants. Accordingly, prior to ruling on Plaintiffs' request, the Court hereby ORDERS the parties to file a joint status report by August 5, 2010.

      **IT IS SO ORDERED.**

Dated: July 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge