UNITED STATES DISTRICT COURT

Northern District of California

LIBERATO CABALO and WILTHELMA CABALO,

                Plaintiffs,

  v.

EMC MORTGAGE, et al.,

                Defendants.
_____/

No. C 08-5667 MEJ

**ORDER RE: STATUS REPORT**

     The Court is in receipt of the parties' Joint Case Management Statement, filed August 5, 2010. (Dkt. #64.) Upon review of the statement, the Court finds it unnecessary to schedule any deadlines at this time. Accordingly, the Court ORDERS the parties to file an updated status report by September 2, 2010.

     **IT IS SO ORDERED.**

Dated: August 5, 2010

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge