UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBERATO CABALO and WILTHELMA CABALO,<br><br>              Plaintiffs,<br>   v.<br><br>EMC MORTGAGE, et al.,<br><br>              Defendants.<br>_____/ | No. C 08-5667 MEJ<br><br>**ORDER RE: STATUS** |

On September 2, 2010, the parties informed the Court that the case had settled and a dismissal would be forthcoming. (Dkt. #66.) As no further docket activity has taken place, the Court ORDERS the parties to file a dismissal or joint status report by December 15, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge