UNITED STATES DISTRICT COURT

Northern District of California

LIBERATO CABALO and WILTHELMA CABALO,

              Plaintiffs,

  v.

EMC MORTGAGE, et al.,

              Defendants.
_____/

No. C 08-5667 MEJ

**ORDER RE: STATUS**

On September 2, 2010, the parties informed the Court that the case had settled and a dismissal would be forthcoming. Dkt. No. 66. As no further docket activity had taken place, the Court ordered the parties to file a dismissal or joint status report by December 15, 2010. Dkt. No. 67. On December 15, 2010, the parties filed a joint statement in which they stated that a dismissal would be forthcoming. Dkt. No. 68. As three months have now passed since the parties' last statement, the Court ORDERS the parties to file a joint status report by March 28, 2011.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge