UNITED STATES DISTRICT COURT

Northern District of California

LIBERATO CABALO and WILTHELMA CABALO,

          Plaintiffs,

  v.

EMC MORTGAGE, et al.,

          Defendants.
_____/

No. C 08-5667 MEJ

**ORDER RE: STATUS**

On March 28, 2011, the parties filed a joint status report, stating that they continue to work on finalizing a settlement agreement in this matter. Accordingly, no matters shall be scheduled at this time. The Court ORDERS the parties to file a joint status report or stipulation for dismissal by June 16, 2011.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge