CHRISTOPHER M. SALAYSAY, ESQ. [SBN 264317]
Law Offices of Christopher Salaysay
4382 Bolina Drive
Union City, CA 94587
(415) 203-7235 Phone
(415) 762-5215 Fax

Attorney for Plaintiffs
Liberato and Wilthelma Cabalo

**GRANTED**

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERATO CABALO, an individual; and WILTHELMA CABALO, an individual, ) ) ) | CASE NO.: C 08-05667 MEJ |
| Plaintiffs, ) ) | JUDGE:  Hon. Maria-Elena James |
| v. ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| EMC MORTGAGE CORPORATION; QUICK LOAN FUNDING, INC.; QUALITY LOAN SEVICE CORPORATION; BANK OF AMERICA, N.A. AS TRUSTEE FOR THE CERTICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, ) ) ) ) ) ) ) ) ) ) ) ) ) | [F.R.C.P. §41(a)(1)] CASE FILED: November 17, 2008 |
| Defendants ) | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure, plaintiffs voluntarily dismiss the above-captioned action with

prejudice as to all Defendants.

Dated: June 13, 2011

Respectfully submitted,

By :_____/s/ Christopher Salaysay
Christopher Salaysay
Attorney for Plaintiffs
Liberato and Wilthelma Cabalo